443 A.2d 407

Darcy, Appellant v. Harmon, et al.

Petition for Allowance of Appeal Denied June 1, 1982.

Argued September 10, 1981. George J. O'Neill, for appellant; Allan Molotsky, for Harmon, appellee; Frederick E. Smith, for Hurncane, appellee; John J. Hart, for Lee, appellees.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

The judgment is affirmed.

443 A.2d 407

Hess, et ux., Appellants v. Sasso.

Petition for Allowance of Appeal Denied Nov. 5, 1982.

Argued November 11, 1980. Clyde T. Macvay, for appellants; H. N. Rosenberg, for appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Judgment affirmed.

SPAETH, J., concurred in the result.